BERTHA HAUSNER, Respondent, *v.* NORA E. WICKHAM, Individually and as Executrix of MYRON WICKHAM, Deceased, Appellant.

*Contract — specific performance of alleged agreement to devise real property.*

*Hausner* v. *Wickham,* 186 App. Div. 931, affirmed. ·

(Argued December 6, 1920; decided December 31, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 8, 1919, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to compel specific performance of an alleged agreement made between George C. Wickham and his son, Myron Wickham, whereby Myron Wickham agreed that in case his father did not make a will leaving him only the life use of an undivided one-half interest in a farm owned by the father, and the remainder of said one-half interest to Bertha Hausner, the plaintiff, who is the daughter of said Myron Wickham, and the granddaughter of said George C. Wickham, he, the said Myron Wickham, would leave said undivided one-half interest to said Bertha Wickham.

*Lewis H. Watkins* and *Bertrand W. Nye* for appellant. *Lewis E. Mosher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.